PER CURIAM.

(No. 75-CC-45—)

SANGAMON COUNTY SHERIFF'S DEPARTMENT, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF CORRECTIONS, Respondent.

*Opinion filed August 14, 1974.*

SANGAMON COUNTY SHERIFF'S DEPARTMENT, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; HOWARD W. FELDMAN, Assistant Attorney General, for Respondent.

PER CURIAM.